**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **EARATON ADAMS,** *et al.***,** | ) | |
| **Plaintiffs,** | ) | |
| | ) | **CIVIL ACTION NO 08-0155-KD-N** |
| **vs.** | ) | |
| | ) | |
| **AUSTAL, USA, L.LC.,** | ) | |
| **Defendant.** | ) | |

## ORDER

This matter is before the Court concerning the April 14, 2011 evidentiary hearing on the Defendant's Motion to Exclude the reports and purported testimony of Edwin L. Bradley, Ph.D. (Doc. 345) and Plaintiffs' Response (Doc. 354).

Pursuant to <u>Daubert v. Merrell Dow Pharm. Inc</u>., 509 U.S. 579 (1993), the parties are instructed to be prepared to present to the Court, at this April 14, 2011 evidentiary hearing, any witnesses and evidence they deem necessary regarding the motion.

**DONE** and **ORDERED** this the **7**[th] day of **April 2011.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**