# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **EARATON ADAMS,** *et al.*, | ) |
| Plaintiffs, | ) |
| | ) CIVIL ACTION NO 08-0155-KD-N |
| vs. | ) |
| | ) |
| **AUSTAL, USA, L.LC.,** | ) |
| Defendant. | ) |

## ORDER

This matter is before the Court on the parties' Rule 41(a)(1) joint stipulation (Doc. 365) requesting the dismissal of the 21 Plaintiffs'[1] disparate impact claims, Plaintiffs' withdrawal of Dr. Bradley's expert reports, and Austal's withdrawal of its motion to exclude (Doc. 345).

Pursuant to the parties' Rule 41(a)(1) joint stipulation, which is signed by counsel for Plaintiffs and counsel for Austal, it is **ORDERED** that the May 2, 2011 Daubert hearing is **CANCELLED** and Austal's Motion to Exclude (Doc. 345) is **MOOT.**

Additionally, the parties' joint stipulation, requesting dismissal of the 21 Plaintiffs' disparate impact claims against Austal, is **GRANTED.**

Accordingly, it is **ORDERED** that the disparate impact claims alleged by Plaintiffs Beverly Thomas, Carlos Johnson, Myron Barnes, Nelson Bumpers, Carolyn Slay, Gloria Sullivan, Alvin Cunningham, Frederick Carter, Franklin Thomas, Frederick Williams, Jerome Pettibone, Tesha Hollis, Jeremel Matthews, Larry Laffiette, Jr., Nathaniel Reed, George Wells, Rahman Pratt, Robert Adams, Ron Law, Jermaine Roberson and Sidney Hedgeman, against Defendant Austal USA, LLC, are hereby **DISMISSED with prejudice.**

Nothing herein shall be construed as dismissing any of the Plaintiffs' remaining claims against Defendant Austal, USA, LLC.

**DONE** and **ORDERED** this the **29th** day of **April, 2011.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**

---

1 Plaintiffs Earaton Adams and Charles Stills did not allege disparate impact against Austal.