**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **EARATON ADAMS**, *et al.*, | ) | |
| **Plaintiffs,** | ) | |
| | ) | **CIVIL ACTION NO 08-0155-KD-N** |
| **vs.** | ) | |
| | ) | |
| **AUSTAL, USA, L.LC.,** | ) | |
| **Defendant.** | ) | |

**ORDER**

This matter is before the Court on a review of the parties' Objections to Trial Exhibits. (Docs. 445 and 453-2). The parties' objections, as presently framed, are rote boilerplate statements, repetitive "cut and paste," multiple choice, or otherwise generally unhelpful to the Court.  As such, the parties shall file <u>new</u> Objections which are substantive in nature and which are actually tailored to each exhibit (*i.e.*, which will provide the Court with a preview of the real issue for each exhibit rather than repetitive (and conclusory) reference to the Federal Rules).  <u>See</u>, <u>e.g.</u>, Doc. 306, Civil Action 10-00072-KD-N, *Crouch, et al., v. Teledyne Continental Motors, Inc.* (S.D. Ala. June 24, 2011).  These new Objections shall consist of a short **<u>one (1) paragraph</u>** explanation for each objection.

Accordingly, it is **ORDERED** that Docs. 445 and 453-2 are hereby **STRICKEN.**  It is further **ORDERED** that the parties shall, on or before **<u>Wednesday, September 21, 2011 at</u> <u>12:00</u> <u>p.m. (noon),</u>** file new Objections to the Trial Exhibits in the manner referenced *supra*.

**DONE** and **ORDERED** this the **16th** day of **September 2011.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**

1