IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **EARATON ADAMS,** *et al.*, | ) |
| Plaintiffs, | ) |
| | ) CIVIL ACTION NO 08-0155-KD-N |
| vs. | ) |
| | ) |
| **AUSTAL, USA, L.LC.,** | ) |
| Defendant. | ) |

**ORDER**

This matter is before the Court on a review of the parties' Objections to Trial Exhibits. (Docs. 445 and 453-2). The parties' objections, as presently framed, are rote boilerplate statements, repetitive "cut and paste," multiple choice, or otherwise generally unhelpful to the Court. As such, the parties shall file new Objections which are substantive in nature and which are actually tailored to each exhibit (*i.e.*, which will provide the Court with a preview of the real issue for each exhibit rather than repetitive (and conclusory) reference to the Federal Rules). See, e.g., Doc. 306, Civil Action 10-00072-KD-N, *Crouch, et al., v. Teledyne Continental Motors, Inc.* (S.D. Ala. June 24, 2011). These new Objections shall consist of a short **one (1) paragraph** explanation for each objection.

Accordingly, it is **ORDERED** that Docs. 445 and 453-2 are hereby **STRICKEN.** It is further **ORDERED** that the parties shall, on or before **Wednesday, September 21, 2011 at 12:00 p.m. (noon),** file new Objections to the Trial Exhibits in the manner referenced *supra*.

**DONE** and **ORDERED** this the **16th** day of **September 2011.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**

1