IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| FREDERICK CARTER, *et al.*, ) | |
| Plaintiffs, ) | |
| ) | CIVIL ACTION NO 08-0155-KD-N |
| vs. ) | |
| ) | |
| AUSTAL, USA, L.LC., ) | |
| Defendant. ) | |

## ORDER

This matter is before the Court on Plaintiff Frederick Carter's Renewed Motion for Judgment as a Matter of Law or Motion for New Trial (Doc. 540) pursuant to Rules 50 and 59 of the <u>Federal Rules of Civil Procedure</u>.[1] The Court has previously (and extensively) addressed, on the record, each of the grounds which are re-asserted by Plaintiff Carter in his motion. Accordingly, it is **ORDERED** that Plaintiff' Frederick Carter's Renewed Motion for Judgment as a Matter of Law or Motion for New Trial (Doc. 540) is **DENIED** for reasons previously stated on the record.

**DONE** and **ORDERED** this the **18th** day of **November 2011.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**

---

[1] Rule 50 provides, in relevant part, as follows: **(b) Renewing the Motion After Trial; Alternative Motion for a New Trial**…No later than 28 days after the entry of judgment--or if the motion addresses a jury issue not decided by a verdict, no later than 28 days after the jury was discharged--the movant may file a renewed motion for judgment as a matter of law and may include an alternative or joint request for a new trial under Rule 59. In ruling on the renewed motion, the court may: (1) allow judgment on the verdict, if the jury returned a verdict; (2) order a new trial; or (3) direct the entry of judgment as a matter of law….**(e) Denying the Motion for Judgment as a Matter of Law; Reversal on Appeal.** If the court denies the motion for judgment as a matter of law, the prevailing party may, as appellee, assert grounds entitling it to a new trial should the appellate court conclude that the trial court erred in denying the motion. If the appellate court reverses the judgment, it may order a new trial, direct the trial court to determine whether a new trial should be granted, or direct the entry of judgment.