**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| **SIDNEY HEDGEMAN**, *et al.*, | ) |
| Plaintiffs, | ) |
| | ) CIVIL ACTION NO 08-0155-KD-N |
| vs. | ) |
| | ) |
| **AUSTAL, USA, L.LC.**, | ) |
| Defendant. | ) |

**ORDER**

This matter is before the Court on Plaintiff Sidney Hedgeman's Renewed Motion for Judgment as a Matter of Law or Motion for New Trial (Doc. 541) pursuant to Rules 50 and 59 of the Federal Rules of Civil Procedure.[1] The Court has previously (and extensively) addressed, on the record, each of the grounds which are re-asserted by Plaintiff Hedgeman in his motion. Accordingly, it is **ORDERED** that Plaintiff' Sidney Hedgeman's Renewed Motion for Judgment as a Matter of Law or Motion for New Trial (Doc. 541) is **DENIED** for reasons previously stated on the record.

**DONE** and **ORDERED** this the **18th** day of **November 2011.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**

---

1 Rule 50 provides, in relevant part, as follows: **(b) Renewing the Motion After Trial; Alternative Motion for a New Trial**…No later than 28 days after the entry of judgment--or if the motion addresses a jury issue not decided by a verdict, no later than 28 days after the jury was discharged--the movant may file a renewed motion for judgment as a matter of law and may include an alternative or joint request for a new trial under Rule 59. In ruling on the renewed motion, the court may: (1) allow judgment on the verdict, if the jury returned a verdict; (2) order a new trial; or (3) direct the entry of judgment as a matter of law….**(e) Denying the Motion for Judgment as a Matter of Law; Reversal on Appeal.** If the court denies the motion for judgment as a matter of law, the prevailing party may, as appellee, assert grounds entitling it to a new trial should the appellate court conclude that the trial court erred in denying the motion. If the appellate court reverses the judgment, it may order a new trial, direct the trial court to determine whether a new trial should be granted, or direct the entry of judgment.