IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **EARATON ADAMS,** *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION 08-00155-KD-N |
| | ) | |
| **AUSTAL USA, LLC,** | ) | |
| | ) | |
| Defendant. | ) | |

## JUDGMENT

In accordance with the Order issued on May 6, 2011 (Doc. 369), finding for the Defendant Austal, USA, LLC as to Plaintiff Robert Adams' claims, it is **ORDERED, ADJUDGED** and **DECREED** that **JUDGMENT** is entered in favor of Defendant Austal USA, LLC and against Plaintiff Robert Adams.  Thus, Plaintiff Robert Adams' claims against Defendant Austal, USA, LLC are **DISMISSED WITH PREJUDICE.**

In accordance with the Order issued on May 26, 2011 (Doc. 376), finding for the Defendant Austal, USA, LLC as to Plaintiff Franklin Thomas' claims, it is **ORDERED, ADJUDGED** and **DECREED** that **JUDGMENT** is entered in favor of Defendant Austal USA, LLC and against Plaintiff Franklin Thomas.  Thus, Plaintiff Franklin Thomas' claims against Defendant Austal, USA, LLC are **DISMISSED WITH PREJUDICE.**

In accordance with the Order issued on May 31, 2011 (Doc. 378), finding for the Defendant Austal, USA, LLC as to Plaintiff Jerome Pettibone's claims, it is **ORDERED, ADJUDGED** and **DECREED** that **JUDGMENT** is entered in favor of Defendant Austal USA, LLC and against Plaintiff Jerome Pettibone.  Thus, Plaintiff Jerome Pettibone's claims against

Defendant Austal, USA, LLC are **DISMISSED WITH PREJUDICE.**

In accordance with the Order issued on May 31, 2011 (Doc. 379), finding for the Defendant Austal, USA, LLC as to Plaintiff Ron Law's claims, it is **ORDERED, ADJUDGED** and **DECREED** that **JUDGMENT** is entered in favor of Defendant Austal USA, LLC and against Plaintiff Ron Law.  Thus, Plaintiff Ron Law's claims against Defendant Austal, USA, LLC are **DISMISSED WITH PREJUDICE.**

In accordance with the Order issued on July 27, 2011 (Doc. 397), finding for the Defendant Austal, USA, LLC as to Plaintiff Rahman K. Pratt's claims, it is **ORDERED, ADJUDGED** and **DECREED** that **JUDGMENT** is entered in favor of Defendant Austal USA, LLC and against Plaintiff Rahman K. Pratt. Thus, Plaintiff Rahman K. Pratt's claims against Defendant Austal, USA, LLC are **DISMISSED WITH PREJUDICE.**

In accordance with the Order issued on September 6, 2011 (Doc. 435), finding for the Defendant Austal, USA, LLC as to Plaintiff Frederick Williams' claims, it is **ORDERED, ADJUDGED** and **DECREED** that **JUDGMENT** is entered in favor of Defendant Austal USA, LLC and against Plaintiff Frederick Williams. Thus, Plaintiff Frederick Williams' claims against Defendant Austal, USA, LLC are **DISMISSED WITH PREJUDICE.**

In accordance with the Order issued on September 22, 2011 (Doc. 488), finding for the Defendant Austal, USA, LLC as to Plaintiff Tesha Hollis' claims, it is **ORDERED, ADJUDGED** and **DECREED** that **JUDGMENT** is entered in favor of Defendant Austal USA, LLC and against Plaintiff Tesha Hollis. Thus, Plaintiff Tesha Hollis' claims against Defendant Austal, USA, LLC are **DISMISSED WITH PREJUDICE.**

In accordance with the Order issued on October 13, 2011 (Doc. 513), finding for the Defendant Austal, USA, LLC as to Plaintiff Larry J. Laffiette's claims, it is **ORDERED, ADJUDGED** and **DECREED** that **JUDGMENT** is entered in favor of Defendant Austal USA, LLC and against Plaintiff Larry J. Laffiette. Thus, Plaintiff Larry J. Laffiette's claims against Defendant Austal, USA, LLC are **DISMISSED WITH PREJUDICE.**

In accordance with the verdict of the jury entered on October 5, 2011 (Doc. 515), finding for the Defendant Austal, USA, LLC as to the claims asserted by Frederick A. Carter, Sr. and Sidney Hedgeman, it is **ORDERED, ADJUDGED** and **DECREED** that **JUDGMENT** is entered in favor of Defendant Austal USA, LLC and against Plaintiffs Frederick A. Carter, Sr. and Sidney Hedgeman. Thus, the claims asserted by Plaintiffs Frederick A. Carter, Sr. and Sidney Hedgeman against Defendant Austal, USA, LLC are **DISMISSED WITH PREJUDICE.**

In accordance with the verdict of the jury entered on January 13, 2012 (Doc. 706), finding for the Defendant Austal, USA, LLC as to Plaintiff Beverly Thomas' claims, it is **ORDERED, ADJUDGED** and **DECREED** that **JUDGMENT** is entered in favor of Defendant Austal USA, LLC and against Plaintiff Beverly Thomas. Thus, Plaintiff Beverly Thomas' claims against Defendant Austal, USA, LLC are **DISMISSED WITH PREJUDICE.**

In accordance with the verdicts of the jury entered on October 5, 2011 (Doc. 515) and January 25, 2012 (Doc. 707), finding for the Defendant Austal, USA, LLC as to the claims asserted by Earaton Adams, Myron Barnes and Carlos Johnson, it is **ORDERED, ADJUDGED** and **DECREED** that **JUDGMENT** is entered in favor of Defendant Austal USA, LLC and against Plaintiffs Earaton Adams, Myron Barnes and Carlos Johnson.  Thus, the claims asserted

by Earaton Adams, Myron Barnes and Carlos Johnson against Defendant Austal, USA, LLC are **DISMISSED WITH PREJUDICE.**

In accordance with the verdict of the jury entered on January 25, 2012 (Doc. 707), finding for the Defendant Austal, USA, LLC as to the claims asserted by Charles L. Stills, III, Jermel Matthews, Jermaine Roberson and George Wells, it is **ORDERED, ADJUDGED** and **DECREED** that **JUDGMENT** is entered in favor of Defendant Austal USA, LLC and against Plaintiffs Charles L. Stills, III, Jermel Matthews, Jermaine Roberson and George Wells.  Thus, the claims asserted by Charles L. Stills, III, Jermel Matthews, Jermaine Roberson and George Wells against Defendant Austal, USA, LLC are **DISMISSED WITH PREJUDICE.**

**DONE** and **ORDERED** this the **16th** day of **February 2012.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**