# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **GLORIA SULLIVAN,** *et al.*, | ) | |
| **Plaintiffs,** | ) | |
| | ) | **CIVIL ACTION NO 08-0155-KD-N** |
| **vs.** | ) | |
| | ) | |
| **AUSTAL, USA, LLC,** | ) | |
| **Defendant.** | ) | |

## ORDER

This matter is before the Court on Defendant Austal, USA, LLC's Motion to Award $60,000.00 in Attorney Fees (and non-taxable costs) against Gloria Sullivan (Doc. 628), Plaintiff Gloria Sullivan's Opposition (Doc. 708) and Defendant Austal's Reply (Doc. 715). Upon consideration of the pleadings, the Court finds that fees pursuant to 28 U.S.C. § 1927 or 42 U.S.C. § 1988 and 42 U.S.C. § 2000e-5 are not appropriate. Accordingly, it is **ORDERED** that Austal's Motion (Doc. 628) is **DENIED.**

**DONE** and **ORDERED** this the **2**nd day of **March 2012.**

/s/ Kristi K. DuBose_____
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**

1